NUMBER 13-07-398-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


__________________________________________________________

 

IN RE KIRK WAYNE MCBRIDE, SR.


____________________________________________________________


On Petition for Writ of Mandamus


 _____________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Benavides and Vela 


Per Curiam Memorandum Opinion (1)



 Relator, Kirk Wayne McBride, Sr., filed a petition for writ of mandamus in the
above cause on June 21, 2007. The Court, having examined and fully considered the
petition for writ of mandamus, is of the opinion that relator has not shown himself
entitled to the relief sought. Accordingly, the petition for writ of mandamus is
DENIED. See Tex. R. App. P. 52.8(a). 


 PER CURIAM


Memorandum Opinion delivered and filed

this 26th day of June, 2007.

 
1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but
is not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).